Cite as 2019 Ark. App. 351

# ARKANSAS COURT OF APPEALS

No. CR–19–419

| | | |
|---|---|---|
| JARED HARPER | | **Opinion Delivered:** August 28, 2019 |
| | APPELLANT | MOTION FOR ACCESS TO SEALED MATERIAL |
| V. | | |
| | | HONORABLE BRENT HALTOM, JUDGE |
| STATE OF ARKANSAS | | |
| | APPELLEE | MOTION GRANTED |

## PER CURIAM

Appellant Jared Harper appealed his convictions to our court, and on March 13, 2019, we affirmed two of the three points on appeal and remanded one issue to the circuit court for further proceedings. *See Harper v. State*, 2019 Ark. App. 163, 573 S.W.3d 596. Specifically, our court instructed the circuit court on remand to examine the prosecutor's notes to determine if the notes were "substantially verbatim" and whether they included any evidence to which Harper was entitled.

After an in-camera review, the circuit court held that there is "no information that probably would have changed the outcome of the trial." However, the material itself remains under seal, and on July 17, 2019, Harper filed a motion in our court for access to sealed material. Harper argues that he cannot write an adequate brief without access to the material. We accordingly grant Harper leave to review the portion of the record under seal with direction to maintain the confidentiality of the documents pursuant to Arkansas Supreme Court Administrative Order Number 19.

Motion granted.